USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _7/11/2024_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Joseph Rodek,

                Plaintiff,

-against-

Matrix Absence Management;
Office of Employee Benefits Of the Federal
Reserve System,

                Defendants.

24 Civ. 3423 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On May 7, 2024, the Court ordered the parties to submit a joint letter and proposed case management plan by July 9, 2024. ECF No. 9. Those submissions are now overdue. In addition, Defendants have yet to appear in this action and Plaintiff has not filed proof of service.

    Accordingly, by **August 8, 2024**, the parties shall submit their joint letter and proposed case management plan. If Defendants not appeared by that date, Plaintiff shall file a letter indicating his intentions with respect to the prosecution of this action.

    SO ORDERED.

Dated: July 11, 2024
       New York, New York

                                        ANALISA TORRES
                                        United States District Judge