```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/19/2025
```

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| Joseph Rodek | : | Case No.: 1:24-cv-03423-AT |
|  | : |  |
| Plaintiff | : |  |
| v. | : |  |
|  | : |  |
| Matrix Absence Management; | : |  |
| Office of Employee Benefits of the | : |  |
| Federal Reserve System | : |  |
|  | : |  |
| Defendants | : |  |

**PLAINTIFF'S MEMORANDUM IN SUPORT OF MOTION
TO SUBSTITUTE NAMED PARTY**

In support of Plaintiff's motion to substitute named parties, Plaintiff sets forth the following:

1. Plaintiff initiated this action on May 3, 2024, in which he set forth a claim for wrongfully terminated benefits pursuant to a group long-term disability plan sponsored and funded by his former employer, the Federal Reserve.

2. On September 19, 2025, Plaintiff Joseph Rodek unexpectedly passed away.

3. Plaintiff's widow, Alina Rodek, is the representative of Mr. Rodek's estate.

4. Plaintiff's cause of action survived his death to the extent that disabilty benefits between the period between Defendants' termination of benefits and his death remain at issue.

5. Respectfully, we request that this Court substitute as Plaintiff the representative of Plaintiff's estate, Alina Rodek.

WHEREFORE, Plaintiff requests that this Court issue an order substituting as Plaintiff the representative of Plaintiff's estate, Alina Rodek.

Dated: November 14, 2025

/s/ *Andrew S. Davis*
Andrew S. Davis, Esq.
DAVIS LAW, LLC
P.O. Box 17887
Portland, Maine 04112
T: 207.910.0036
F: 888.902.1679
andrew@erisabenefitlawyer.com

GRANTED.  The Clerk of Court is respectfully directed to substitute Plaintiff "Joseph Rodek" for "Alina Rodek ex rel. Estate of Joseph Rodek" in the case caption, and terminate the motion at ECF No. 48.

SO ORDERED.
Dated: November 19, 2025
       New York, New York

ANALISA TORRES
United States District Judge